## No. 3048

In re JOHN McGRATH, praying a MANDAMUS, vs. J. D. HOUSTON, ASSISTANT SUPERVISOR OF REGISTRATION.

When the record does not contain the evidence upon which the judgment of the lower court was rendered, and there is no statement of facts, no bill of exception, no assignment of errors, and there was not a special verdict, the appeal will be dismissed *ex proprio motu.*

APPEAL from the Eighth District Court of New Orleans.   DIBBLE, J.

H. D. *Ogden* for Applicant.   *Beckwith* for Respondent Appellant.

Houston, the respondent, appealed from a judgment requiring him to register the applicant McGrath as a voter.   The note of evidence showed that McGrath offered his naturalization papers in evidence, and the indorsement of the respondent thereon.   No other evidence was offered, and the clerk's certificate is that the transcript

does not contain the naturalization certificate, or the bond of appeal, without assigning any reason for the omission. There was no statement of facts, no bill of exception, no special verdict, and no assignment of errors.

MARR, J., delivered the opinion dismissing the appeal *ex proprio motu*.